F. A. BENNETT ET AL., APPELLANTS, v. AL FERTIG, RESPONDENT.

Submitted February 17, 1933—Decided April 28, 1933.

For the appellants, *William B. McMichael* and *Michael N. Chanalis*.

For the respondent, *Charles Becker*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.